OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 21, 2014

Paola T. Kaczynski Esq.
Matthew B. Weisberg Esq.

RE: David Stetser v. Sherry Jinks, et al
Case Number: 13-4053
District Case Number: 1-10-cv-03094

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Thursday, June 5, 2014,** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

*Carmen M. Hernandez*
By: Carmen Hernandez,

Calendar Team Coordinator

267-299-4952

MMW/CMH

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel **HARDIMAN, SCIRICA and ROTH,  Circuit Judges.**